# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH

RICHARD HOLLIHAN, JR.,      )
     )
     )
       Plaintiff,      )
     )
    vs.      )
     )
     )
DR. KARL WILLIAMS,      )

       Defendant,

2:19-CV-00412-MJH

## ORDER

This prisoner pro se civil rights case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate's Act, 28 U.S.C. § 636(b)(1), and Local Rule of Civil Procedure 72.

Upon review of the Report and Recommendation of Magistrate Judge Lisa Pupo Lenihan (ECF No. 3) denying Plaintiff's Motion for Leave to Proceed In Forma Pauperis("IFP") (ECF No. 1), the Court notes that that objections to said Report and Recommendation were due on May 16, 2019; however, on May 14, 2019, the filing fee was paid, and the Complaint was filed (ECF Nos. 4 and 5). No objections have been filed as of May 16, 2019. The Court has reviewed the matter and concludes that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after de novo review of the pleadings and documents in the case, together with the report and recommendation, the report and recommendation will be adopted. Plaintiff's Motion For IFP is denied.

DATED this 17th day of May, 2019.

BY THE COURT:

Marilyn J. Horan
United States District Judge

cc:    RICHARD HOLLIHAN, JR.
        AJ-0676
        SCI Somerset
        1600 Walters Mill Road
        Somerset, PA 15510-0002